UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMONA ANN FREEMAN, | ) |
| Appellant, | ) ) ) |
| v. | ) No. 1:24-cv-01416-JPH-KMB |
| PHH MORTGAGE CORPORATION, | ) ) ) |
| Appellee. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court **ENTERS JUDGMENT** in favor of Appellant under Federal Rule of Civil Procedure 58. The Court **REVERSES** the Bankruptcy Court's decision and **REMANDS** this matter for further proceedings.

Date: 9/30/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel